UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BOARD OF TRUSTEES OF THE IDAHO OPERATING ENGINEERS-EMPLOYERS PENSION TRUST FUND,<br><br>    Plaintiff,<br><br>        v.<br><br>ESTATE OF ARTHUR R. ADLER, ALLAN ADLER, and JANE DOE ADLER,<br><br>    Defendants. | NO. CV-08-0235-EFS<br><br>**ORDER DISMISSING CASE** |

On May 3, 2011, the Court ordered Plaintiff Board of Trustees of the Idaho Operating Engineers-Employers Pension Trust Fund to "file a statement with the Court explaining why this action should not be dismissed for lack of service" no later than May 16, 2011. ECF No. 2. The Court further cautioned, "[f]ailure to file a statement will be viewed as consent to dismissal of this action." *Id.* Finally, the Court required Plaintiff's counsel Jane Parry Ewers to both mail a copy of that Order to her client and most importantly, to file a notice indicating compliance with that copy requirement. *Id.*

As of June 9, 2011, Ms. Ewers certified that she mailed a copy of the show-cause Order to Plaintiffs' last known address on May 6, 2011, ECF No. 3, but did not file a statement explaining why this action should not be dismissed. Thus, the Court dismisses this case for failure to

ORDER ~ 1

prosecute pursuant to Federal Rule of Civil Procedure 41(b).  Accordingly, **IT IS HEREBY ORDERED**:

    1.   The Complaint is **DISMISSED** without prejudice.

    2.   This file shall be **CLOSED**.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order and provide copies to counsel.

**DATED** this   10th   day of June 2011.


                         s/Edward F. Shea
                           EDWARD F. SHEA
                    United States District Judge

Q:\Civil\2008\235.dismiss

ORDER ~ 2